JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO RUELAS-RODRIGUEZ, <br><br> Defendant. | NO. CR13-00011RSL <br><br> ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM <br><br> (PROPOSED) |

THIS MATTER has come before the undersigned on the motion of defendant, Ernesto Ruelas-Rodriguez, to file Defendant's Sentencing Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Defendant's Sentencing Memorandum under seal.

DATED this 1st day of Nov., 2013.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jay W. Stansell*
Jay W. Stansell, WSBA No. 18752
Assistant Federal Public Defender
Attorney for Ernesto Ruelas-Rodriguez

13-CR-00011-AF

ORDER GRANTING MOTON TO
SEAL DEFENDANT'S SENTENCING
MEMORANDUM
(*Ernesto Ruelas-Rodriguez*; CR13-00011RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100